FILED
February 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002413263

DAVID NDUDIM SBN 210107
1321 HOWE AVENUE, Suite 203
Sacramento, CA 95825
(916)-567-0800
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

**In The Matter of**

| | | |
|---|---|---|
| PEDRO J AVENDANO | ) | CASE NO. 2010-20226-C-7 |
| XXX-XX-1617 | ) | DC NO. DC-5 |
| MAYRA AVENDANO | ) | DATE: 3-09-2010 TIME: 9.30 A.M |
| XXX-XX-9315 | ) | PLACE: DEPT C; COURTROOM 35 |
| Debtor(s) | ) | HONORABLE JUDGE KLEIN |

**MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE BANKRUPTCY ESTATE (PEDRO AUTO SALES LOCATE AT 6746 FRANKLIN BLVD., SACRAMENTO, CALIFORNIA).**

Debtor(s) –Pedro Avendano and Mayra Avendano, by and through her attorney of record –David Ndudim, hereby moves this honorable Court for an order to compelling abandonment of that property of the bankruptcy estate described as a Pedro Auto Sales Located at 6746 Franklin Boulevard, Sacramento, California.

This motion is made pursuant to 11 U.S.C. 554(b), FRBP 6007(b), and LBR9014-1(f)(1).

This motion is based on these moving papers, the Debtor's supporting declaration, the records and pleadings on file herein, and upon other such oral and documentary evidence as may be adduced at the hearing on this motion.

Date: 2/10/2010     Signature: /s/ David Ndudim
                    DAVID NDUDIM
                    Attorney for Debtor(s).

1